IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,                    MAG. 04-0252 GGH

    vs.

HECTOR JAVIER MANRIQUEZ,

    Defendant.                 <u>ORDER</u>

        After overnight consideration of the detention issues in this case, the undersigned believes that the potential for flight is not sufficiently mitigated by the proposed conditions of pretrial release. Defendant Manriquez faces deportation, if convicted, and the evidence is clear at this point in demonstrating guilt; thus, he has little real, economic incentive to await the outcome of trial only to be deported after years in prison. While the court does not declare to a certainty that this defendant would flee, if released, as he does have family and economic ties to the Sacramento area, the government's burden is a preponderance, and that burden has been met.

\\\\\
\\\\\
\\\\\
\\\\\

1  Defendant Manriquez is therefore ordered detained pending resolution of his
2  criminal case.
3  DATED: 6/1/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

manriquez252.ord