**EASTERN DISTRICT OF CALIFORNIA**
**801 I STREET, 3rd FLOOR**
**SACRAMENTO, CALIFORNIA 95814**
**(916) 498-5700 Fax: (916) 498-5710**

Quin Denvir
Federal Defender

Daniel J. Broderick
Chief Assistant Defender

June 13, 2005



JUN 1 4 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Ms. Lorie Teichert
Attorney at Law
1322 F Street
Sacramento, CA 95814

    Re: **U.S. v. Hector Manriquez**
       Mag.-04-252-GGH

Dear Ms. Teichert:

    This will confirm your appointment as counsel by the Honorable Gregory G. Hollows, U.S. Magistrate Judge, to represent the above-named defendant. You are attorney of record until such time as you are relieved or other action is taken to appoint a different attorney.

    Enclosed is CJA 20 form, your Order of Appointment and Voucher for services rendered. Also enclosed is an instruction sheet discussing the use of the forms, together with sample forms for reporting court time. This will also provide a uniformity in the way attorneys report their time and services rendered.

    If we may be of any further assistance regarding the processing of the enclosed form, preparation of form CJA 21 for expert services, or in reference to any other matter pertaining to this case, please feel free to call upon us at any time.

                Very truly yours,

                CYNTHIA L. COMPTON
                CJA Panel Administrator

:clc
Enclosures

cc:    Clerk's Office

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | CHER NUMBER |
|---|---|---|---|
| CAE | Case Moreque-0207-MCE   Document 18   Filed 06/24/05   Page 2 of 3 | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| 2:04-000252-002 | | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| U.S. v. Topete | Felony | Adult Defendant | Criminal Case |

**11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section)** If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 21 841A=CD.F -- CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE

| 12. ATTORNEY'S NAME (First Name, M.I., Last Name, Including any suffix) AND MAILING ADDRESS | 13. COURT ORDER |
|---|---|
| Teichert, Lorie J.<br>1322 F Street<br>Sacramento CA 95814<br><br>Telephone Number: (916) 441-4410 | ☒ O Appointing Counsel   ☐ C Co-Counsel<br>☐ F Subs For Federal Defender   ☐ R Subs For Retained Attorney<br>☐ P Subs For Panel Attorney   ☐ Y Standby Counsel<br>Prior Attorney's Name: ___<br>Appointment Date: ___<br>☐ Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, or<br>☐ Other (See Instructions) **GREGORY G. HOLLOWS** |
| 14. NAME AND MAILING ADDRESS OF LAW FIRM (only provide per instructions) | Signature of Presiding Judicial Officer or By Order of the Court<br>05/24/2005<br>Date of Order   Nunc Pro Tunc Date<br>Repayment or partial repayment ordered from the person represented for this service at time of appointment.   ☐ YES   ☐ NO |

| CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| **15.** a. Arraignment and/or Plea | | | | | |
| b. Bail and Detention Hearings | | | | | |
| c. Motion Hearings | | | | | |
| d. Trial | | | | | |
| e. Sentencing Hearings | | | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other (Specify on additional sheets) | | | | | |
| (Rate per hour = $ 90 )   **TOTALS:** | | | | | |
| **16.** a. Interviews and Conferences | | | | | |
| b. Obtaining and reviewing records | | | | | |
| c. Legal research and brief writing | | | | | |
| d. Travel time | | | | | |
| e. Investigative and Other work (Specify on additional sheets) | | | | | |
| (Rate per hour = $ 90 )   **TOTALS:** | | | | | |
| **17.** Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| **18.** Other Expenses (other than expert, transcripts, etc.) | | | | | |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE<br>FROM ___ TO ___ | 20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|

**22. CLAIM STATUS**   ☐ Final Payment   ☐ Interim Payment Number ___   ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case?   ☐ YES   ☐ NO   If yes, were you paid?   ☐ YES   ☐ NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything or value) from any other source in connection with this representation?   ☐ YES   ☐ NO   If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.
Signature of Attorney: ___   Date: ___

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR / CERT |
|---|---|---|---|---|
| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | | DATE | 28a. JUDGE / MAG. JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | | | DATE | 34a. JUDGE CODE |

# FINANCIAL AFFIDAVIT

CJA 23
(Rev 5/98)

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE  ☒ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below) | |
|---|---|---|
| IN THE CASE OF | FOR | **LOCATION NUMBER** |

United States vs. Benito Topete and Hector Manriquez

Eastern District of CA
AT Sacramento, California

| PERSON REPRESENTED (Show your full name) | | **DOCKET NUMBERS** |
|---|---|---|

Hector Manriquez

1 ☒ Defendant – Adult   **Magistrate**
2 ☐ Defendant – Juvenile   MAG-04-25268H
3 ☐ Appellant   **District Court**
4 ☐ Probation Violator
5 ☐ Parole Violator   **Court of Appeals**
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

CHARGE/OFFENSE (describe if applicable & check box → ☒ Felony  ☐ Misdemeanor

21 U.S.C. §§ 846 and 841(a)(1) - Conspiracy to Distribute 50 grams or more of Methamphetamine and Possession with Intent to Distribute 50 grams or more of Methamphetamine

---

**EMPLOY-MENT**

Are you now employed? ☒ Yes   ☐ No  ☐ Am Self Employed

Name and address of employer: Flintco Constructive Solutions

IF YES, how much do you earn per month? $ ~2,500

IF NO, give month and year of last employment How much did you earn per month? $ _____

If married is your Spouse employed? ☒ Yes   ☐ No

IF YES, how much does your Spouse earn per month? $ ~3,000

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☒ No

| | RECEIVED | SOURCES |
|---|---|---|
| IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ | | |
| THE SOURCES | | |

**CASH**

Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No  IF YES, state total amount $ _____

**PROP-ERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes   ☐ No

| | VALUE | DESCRIPTION |
|---|---|---|
| IF YES, GIVE THE VALUE AND | $ 3,000 | 1990 GMC 4x4 truck (Defendant's) |
| DESCRIBE IT | ~17,000 | 2002 Ford Explorer Sport Truck (wife's) |
| | 385,000 | Home (owes $312,000) |

---

**OBLIGATIONS & DEBTS**

| MARITAL STATUS | Total No. of Dependents | List persons you actually support and your relationship to them |
|---|---|---|
| SINGLE | | Maria Morones (wife) |
| ☒ MARRIED | 5 | Alfonso Manriquez (son) |
| WIDOWED | | Kenhia Manriquez (daughter) |
| SEPARATED OR DIVORCED | | Javier Manriquez (son) |
| | | Christian Manriquez (son) |

**DEPENDENTS**

**DEBTS & MONTHLY BILLS**

(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| Home - 7965 Golden Field Way, Sac, 95843 | $312,000 | $ ~2,000 |
| Utilities | $ | $ ~250 |
| Telephone (house + cell) | $ | $ ~70 |
| Credit Cards | $ | $ unknown |
| Truck payment (wife's explorer) | ~6,000 | 8,500 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 5/24/05

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)