McGREGOR W. SCOTT
United States Attorney
PHILLIP A. TALBERT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2789

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>            Plaintiff,       )<br>                             )<br>       v.                    )<br>                             )<br>HECTOR MANRIQUEZ,            )<br>                             )<br>            Defendant.       )<br>_____) | CR. No. S-05-0227-MCE<br><br><br>STIPULATION AND [PROPOSED] ORDER |

    It is hereby stipulated between the parties, Plaintiff United States of America, by and through United States Attorney McGregor W. Scott and Assistant United States Attorney Phillip A. Talbert, and Defendant Hector Manriquez, through his attorney Lorie J. Teichert, as follows:

    It is agreed that a Status Conference date of August 9, 2005 at 8:30 a.m. be set before this Court.

    The setting of a status conference date is necessary because the status conference date of June 29, 2005 before Judge William B. Shubb was vacated by order of this Court when this Court reassigned this case to itself.  See Order of Related Case, June 17, 2005.

The defense is reviewing discovery provided by the government and the parties are discussing a possible resolution of this matter. Defense counsel needs time to continue its review of materials provided by the government, conduct pretrial investigation, and continue discussions with the government about a possible resolution. Accordingly, the parties jointly request that the time period from June 29, 2005, to and including August 9, 2005 be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for defense preparation and based on a finding by the Court that the ends of justice served by granting a continuance outweigh the best interest of the public and defendant in a speedy trial.

Respectfully submitted,

Dated: June 29, 2005

/s/Lorie Teichert by PAT
LORIE TEICHERT
Attorney for Defendant
HECTOR MANRIQUEZ

McGREGOR W. SCOTT
United States Attorney

Dated: June 29, 2005

/s/Phillip A. Talbert
PHILLIP A. TALBERT
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

IT IS SO ORDERED.
Dated: July 5, 2005

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE