```
1  LORIE J. TEICHERT
   Attorney at Law
2  California State Bar No. 142271
   1322 F Street
3  Sacramento, CA  95814
   Telephone:  (916) 441-4410
4  Facsimile:  (916) 441-4202

5  Attorney for Defendant
   HECTOR MANRIQUEZ
6

7
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR. S-05-0227-MCE |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ~~[PROPOSED]~~ ORDER |
| HECTOR MANRIQUEZ, | ) | |
| Defendant. | ) | |

IT IS HEREBY stipulated between the parties, Plaintiff United States of America, by and through United States Attorney McGregor W. Scott and Assistant United States Attorney Phillip A. Talbert, and Defendant, Hector Manriquez, through his attorney, Lorie J. Teichert, that the previously set Status Conference of October 4, 2005 be continued to November 15, 2005 at 8:30 a.m.

It is further stipulated and agreed between the parties that the period between October 4, 2005 and November 15, 2005, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for the purpose of further investigation into the Defendant's criminal history and ongoing settlement

1  discussions.  All parties stipulate and agree that this is an
2  appropriate exclusion of time within the meaning of Title 18,
3  United States Code, section 3161(h)(8)(B)(iv), and Local Code T4.
4  Dated: September 28, 2005        Respectfully submitted,

                                     /s/ Lorie J. Teichert
                                    LORIE J. TEICHERT
                                    Attorney for Defendant
                                    Hector Manriquez


Dated: September 28, 2005          McGREGOR W. SCOTT
                                   United States Attorney


                                   By: /s/ Phillip A. Talbert
                                       PHILLIP A. TALBERT
                                       Assistant U.S. Attorney




                                   ORDER

**IT IS SO ORDERED**.

Dated: October 3, 2005


                                   _____
                                   MORRISON C. ENGLAND, JR
                                   UNITED STATES DISTRICT JUDGE