LORIE J. TEICHERT
Attorney at Law
California State Bar No. 142271
1322 F Street
Sacramento, CA  95814
Telephone:  (916) 441-4410
Facsimile:  (916) 441-4202

Attorney for Defendant
HECTOR MANRIQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR. S-05-227-MCE |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER |
| HECTOR MANRIQUEZ, | ) | |
| Defendant. | ) | |

IT IS HEREBY stipulated between the parties, Plaintiff United States of America, by and through United States Attorney McGregor W. Scott and Assistant United States Attorney Phillip A. Talbert, and Defendant, Hector Manriquez, through his attorney, Lorie J. Teichert, that the previously set Status Conference of November 15, 2005 be continued to December 13, 2005 at 8:30 a.m.

It is further stipulated and agreed between the parties that the period between November 15, 2005 and December 13, 2005, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for the purpose of further investigation and discussion of factual issues with the Defendant, completion of a

1

motion currently pending in State Court which could directly effect Defendant's criminal history category, and further settlement discussions.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, section 3161(h)(8)(B)(iv), and Local Code T4.

Dated: November 11, 2005        Respectfully submitted,

                                             /s/ Lorie J. Teichert  
                                            LORIE J. TEICHERT  
                                            Attorney for Defendant  
                                            Hector Manriquez

Dated: November 11, 2005        McGREGOR W. SCOTT  
                                            United States Attorney

                                            By: /s/ Phillip A. Talbert  
                                                 PHILLIP A. TALBERT  
                                                 Assistant U.S. Attorney

                                                      ORDER

**IT IS SO ORDERED.**

Dated: November 16, 2005

                                                  _____  
                                                  MORRISON C. ENGLAND, JR  
                                                  UNITED STATES DISTRICT JUDGE