```
 1 │ LORIE J. TEICHERT
   │ Attorney at Law
 2 │ California State Bar No. 142271
   │ 1322 F Street
 3 │ Sacramento, CA  95814
   │ Telephone:  (916) 441-4410
 4 │ Facsimile:  (916) 441-4202
 5 │ Attorney for Defendant
   │ HECTOR MANRIQUEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-05-227-MCE |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| HECTOR MANRIQUEZ, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

IT IS HEREBY stipulated between the parties, Plaintiff United States of America, by and through United States Attorney McGregor W. Scott and Assistant United States Attorney Phillip A. Talbert, and Defendant, Hector Manriquez, through his attorney, Lorie J. Teichert, that the previously set Status Conference of December 13, 2005 be continued to January 31, 2006 at 8:30 a.m.

It is further stipulated and agreed between the parties that the period between December 13, 2005 and January 31, 2006, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for the purpose of further investigation of factual issues, resolution of motions in State Court which could

1  directly effect Defendant's criminal history category, and
2  further settlement discussions.  All parties stipulate and agree
3  that this is an appropriate exclusion of time within the meaning
4  of Title 18, United States Code, section 3161(h)(8)(B)(iv), and
5  Local Code T4.
6  Dated: December 8, 2005          Respectfully submitted,

7
                                     /s/ Lorie J. Teichert
8                                   LORIE J. TEICHERT
                                    Attorney for Defendant
9                                   Hector Manriquez

10

11 Dated: December 8, 2005          McGREGOR W. SCOTT
                                    United States Attorney
12

13                                  By: /s/ Phillip A. Talbert
                                       PHILLIP A. TALBERT
14                                     Assistant U.S. Attorney

15

16

17

18                                  ORDER

19 **IT IS SO ORDERED**.

20 Dated: December 14, 2005

21

22

23  _____
    MORRISON C. ENGLAND, JR
24  UNITED STATES DISTRICT JUDGE

25

26

27

28