LORIE J. TEICHERT
Attorney at Law
California State Bar No. 142271
1322 F Street
Sacramento, CA  95814
Telephone:  (916) 441-4410
Facsimile:  (916) 441-4202

Attorney for Defendant
HECTOR MANRIQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | No. 2:05-cr-0227-MCE |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | | STIPULATION AND [PROPOSED] |
| ) | | ORDER |
| HECTOR MANRIQUEZ, ) | | |
| ) | | |
| Defendant. ) | | |
| _____) | | |

IT IS HEREBY stipulated between the parties, Plaintiff United States of America, by and through United States Attorney McGregor W. Scott and Assistant United States Attorney Phillip A. Talbert, and Defendant, Hector Manriquez, through his attorney, Lorie J. Teichert, that the previously set Status Conference of January 31, 2006 be continued to March 21, 2006 at 8:30 a.m.

It is further stipulated and agreed between the parties that the period between January 31, 2006 and March 21, 2006 should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for the purpose of further investigation of factual issues, determination of potential immigration

1

1 consequences, and further settlement discussions.  At present,
2 there is an indicted but not yet apprehended co-defendant which
3 reportedly has a history of activities in Sacramento, California.
4 The defense wishes to investigate matters relating to the co-
5 defendant which may have a potential impact on defendant's
6 culpability and to locate witnesses who can provide information
7 as to defendant's activities and background during the relevant
8 time period in this case.  The defense also will be seeking
9 appointment of an immigration consultant to properly advise
10 defendant of the potential immigration consequences of
11 alternative resolutions of this matter.  Finally, the defense
12 seeks to continue settlement discussions with the Government.
13 All parties stipulate and agree that the exclusion of time
14 between January 31, 2006 and March 21, 2007 is an appropriate
15 exclusion of time within the meaning of Title 18, United States
16 Code, section 3161(h)(8)(B)(iv), and Local Code T4.
17 Dated: January 27, 2006

                              Respectfully submitted,


                               /s/ Lorie J. Teichert
                              LORIE J. TEICHERT
                              Attorney for Defendant
                              Hector Manriquez

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

2

```
1  Dated: January 27, 2006          McGREGOR W. SCOTT
2                                   United States Attorney
3                                   By: /s/ Phillip A. Talbert
4                                       PHILLIP A. TALBERT
                                        Assistant U.S. Attorney
```

ORDER

**IT IS SO ORDERED.**

Dated: January 31, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE