```
 1  LORIE J. TEICHERT
    Attorney at Law
 2  California State Bar No. 142271
    1322 F Street
 3  Sacramento, CA  95814
    Telephone:  (916) 441-4410
 4  Facsimile:  (916) 441-4202

 5  Attorney for Defendant
    HECTOR MANRIQUEZ
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:05-cr-0227-MCE |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CORRECTED STIPULATION AND |
| | ) | [PROPOSED] ORDER |
| HECTOR MANRIQUEZ, | ) | |
| Defendant. | ) | |

IT IS HEREBY stipulated between the parties, Plaintiff United States of America, by and through United States Attorney McGregor W. Scott and Assistant United States Attorney Phillip A. Talbert, and Defendant, Hector Manriquez, through his attorney, Lorie J. Teichert, that the previously set Status Conference of January 31, 2006 be continued to March 21, 2006 at 8:30 a.m.

It is further stipulated and agreed between the parties that the period between January 31, 2006 and March 21, 2006 should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for the purpose of further investigation of factual issues, determination of potential immigration

1

consequences, and further settlement discussions.  At present, there is an indicted but not yet apprehended co-defendant which reportedly has a history of drug trafficking activities in Northern California. The defense wishes to investigate matters relating to the co-defendant which may have a potential impact on defendant's culpability and to locate witnesses who can provide information as to defendant's activities and background during the relevant time period in this case.  The defense also will be seeking appointment of an immigration consultant to properly advise defendant of the potential immigration consequences of alternative resolutions of this matter.  Finally, the defense seeks to continue settlement discussions with the Government. All parties stipulate and agree that the exclusion of time between January 31, 2006 and March 21, 2006 is an appropriate exclusion of time within the meaning of Title 18, United States Code, section 3161(h)(8)(B)(iv), and Local Code T4.

Dated: January 30, 2006         Respectfully submitted,

                                        /s/ Lorie J. Teichert
                                  LORIE J. TEICHERT
                                  Attorney for Defendant
                                  Hector Manriquez

1  Dated: January 30, 2006                McGREGOR W. SCOTT
2                                         United States Attorney
3                                         By: /s/ Phillip A. Talbert
                                              PHILLIP A. TALBERT
4                                             Assistant U.S. Attorney
5

6
                                          ORDER
7
**IT IS SO ORDERED.**
8
Dated: February 16, 2006
9

10

11  _____
12  MORRISON C. ENGLAND, JR
    UNITED STATES DISTRICT JUDGE
13

3