```
 1  LORIE J. TEICHERT
    Attorney at Law
 2  California State Bar No. 142271
    1322 F Street
 3  Sacramento, CA  95814
    Telephone:  (916) 441-4410
 4  Facsimile:  (916) 441-4202

 5  Attorney for Defendant
    HECTOR MANRIQUEZ
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,   )   No. 2:05-cr-0227-MCE
                                )
12            Plaintiff,        )
                                )
13       v.                     )   STIPULATION AND [PROPOSED]
                                )   ORDER
14  HECTOR MANRIQUEZ,           )
                                )
15            Defendant.        )
    _____)
16
```

17      IT IS HEREBY stipulated between the parties, Plaintiff
18 United States of America, by and through United States Attorney
19 McGregor W. Scott and Assistant United States Attorney Phillip A.
20 Talbert, and Defendant, Hector Manriquez, through his attorney,
21 Lorie J. Teichert, that the previously set Status Conference of
22 March 21, 2006 be continued to April 25, 2006 at 8:30 a.m.

23      It is further stipulated and agreed between the parties that
24 the period from March 21, 2006 to and including April 25, 2006
25 should be excluded in computing the time within which the trial
26 of the above criminal prosecution must commence for purposes of
27 the Speedy Trial Act for the purpose of further investigation
28 regarding the co-defendant and other factual issues, translation

                                1

1  of surveillance tapes, research relating to potential immigration
2  consequences, and further settlement discussions.  At present,
3  the co-defendant, who has a history of activities in Northern
4  California, remains at large.  The defense has secured an
5  investigator to investigate matters relating to the co-defendant
6  which may impact defendant's culpability and to locate witnesses
7  who can provide information as to defendant's activities and
8  background during the relevant time period in this case.  In
9  addition, the defense has secured the services of a Spanish
10 interpreter to translate the surveillance tapes in this case but
11 has not yet received the translation.  The defense has also
12 secured the appointment of an immigration consultant to properly
13 advise defendant of the potential immigration consequences of
14 alternative resolutions of this matter.  Finally, the defense
15 seeks to continue settlement discussions with the Government.
16 All parties stipulate and agree that the exclusion of time from
17 March 21, 2006 to and including April 25, 2006 is an appropriate
18 exclusion of time within the meaning of Title 18, United States
19 Code, section 3161(h)(8)(B)(iv), and Local Code T4.
20 Dated: March 16, 2006              Respectfully submitted,
21
22                                     /s/ Lorie J. Teichert
                                      LORIE J. TEICHERT
                                      Attorney for Defendant
23                                    Hector Manriquez
24 ///
25 ///
26 ///
27 ///
28 ///

| | |
|---|---|
| 1  Dated: March 16, 2006 | McGREGOR W. SCOTT |
| 2 | United States Attorney |
| 3 | By: /s/ Phillip A. Talbert |
| 4 | PHILLIP A. TALBERT<br>Assistant U.S. Attorney |

ORDER

**IT IS SO ORDERED.**

Dated: March 22, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3