```
 1  LORIE J. TEICHERT
    Attorney at Law
 2  California State Bar No. 142271
    1322 F Street
 3  Sacramento, CA  95814
    Telephone:  (916) 441-4410
 4  Facsimile:  (916) 441-4202

 5  Attorney for Defendant
    HECTOR MANRIQUEZ
 6

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )   No. 2:05-cr-0227-MCE
                                 )
12            Plaintiff,         )
                                 )
13       v.                      )   STIPULATION AND [PROPOSED]
                                 )   ORDER
14  HECTOR MANRIQUEZ,            )
                                 )
15            Defendant.         )
    _____)
16
```

17      IT IS HEREBY stipulated between the parties, Plaintiff
18 United States of America, by and through United States Attorney
19 McGregor W. Scott and Assistant United States Attorney Phillip A.
20 Talbert, and Defendant, Hector Manriquez, through his attorney,
21 Lorie J. Teichert, that the previously set Status Conference of
22 April 25, 2006 be continued to June 6, 2006 at 8:30 a.m.
23      It is further stipulated and agreed between the parties that
24 the period from April 25, 2006 to and including June 6, 2006
25 should be excluded in computing the time within which the trial
26 of the above criminal prosecution must commence for purposes of
27 the Speedy Trial Act for the purpose of further investigation
28 regarding the activities of the co-defendant, the background of

1

1 the defendant, and other factual issues, research and
2 consultation relating to potential immigration consequences,
3 review of translations of surveillance tapes, and further
4 settlement discussions.
5     At present, the co-defendant remains at large.  He is
6 reputed to have a history of activities in Northern California
7 and connections to Mexico.  The defense has secured an
8 investigator to investigate matters relating to the activities of
9 the co-defendant which may impact defendant's culpability and to
10 locate and interview witnesses who can provide information
11 relating to defendant's background, work history, and activities
12 during the relevant time period in this case.  In addition, the
13 defense has received a translation of the surveillance tapes but
14 has not yet reviewed the translation with the defendant.  The
15 defense is currently in consultation with an immigration
16 consultant to properly advise defendant of the potential
17 immigration consequences of alternative resolutions of this
18 matter.  Finally, the defense seeks to continue settlement
19 discussions with the Government.  All parties stipulate and agree
20 that the exclusion of time from April 25, 2006 to and including
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  June 6, 2006 is an appropriate exclusion of time within the
2  meaning of Title 18, United States Code, section
3  3161(h)(8)(B)(iv), and Local Code T4.
4  Dated: April 21, 2006              Respectfully submitted,

                                        /s/ Lorie J. Teichert
                                       LORIE J. TEICHERT
                                       Attorney for Defendant
                                       Hector Manriquez


9  Dated: April 21, 2006              McGREGOR W. SCOTT
                                      United States Attorney


                                      By: /s/ Phillip A. Talbert
                                          PHILLIP A. TALBERT
                                          Assistant U.S. Attorney


                                      ORDER

**IT IS SO ORDERED.**

Dated: April 24, 2006


                                      _____
                                      MORRISON C. ENGLAND, JR
                                      UNITED STATES DISTRICT JUDGE