```
1  LORIE J. TEICHERT
   Attorney at Law
2  California State Bar No. 142271
   1322 F Street
3  Sacramento, CA  95814
   Telephone:  (916) 441-4410
4  Facsimile:  (916) 441-4202

5  Attorney for Defendant
   HECTOR MANRIQUEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:05-cr-0227-MCE |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER |
| HECTOR MANRIQUEZ, | ) | |
| Defendant. | ) | |

IT IS HEREBY stipulated between the parties, Plaintiff United States of America, by and through United States Attorney McGregor W. Scott and Assistant United States Attorney Phillip A. Talbert, and Defendant, Hector Manriquez, through his attorney, Lorie J. Teichert, that the previously set Status Conference of June 6, 2006 be continued to June 20, 2006 at 8:30 a.m.

It is further stipulated and agreed between the parties that the period from June 6, 2006 to and including June 20, 2006 should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for the purpose of further investigation regarding the background of the defendant, research and

1

consultation relating to potential immigration consequences, and further settlement discussions.

At present, the defense is completing investigation relating to defendant's background, work and residence history, and activities during the relevant time period in this case.  In addition, the defense has been in consultation with an immigration attorney, Ann Block, to properly advise defendant of the potential immigration consequences of alternative resolutions of this matter.  Upon receipt of some final records, Ms. Block will be able to complete her analysis.  Finally, on May 31, 2006, the defense received a written communication from Government regarding the possible resolution of the case.  As such, the defense wishes to continue settlement discussions with the Government.  All parties stipulate and agree that the exclusion of time from June 6, 2006 to and including June 20, 2006 is an appropriate exclusion of time within the meaning of Title 18, United States Code, section 3161(h)(8)(B)(iv), and Local Code T4.

Dated: June 4, 2006             Respectfully submitted,

    /s/ Lorie J. Teichert
LORIE J. TEICHERT
Attorney for Defendant
Hector Manriquez

///
///
///
///
///
///
///

2

1 | Dated: June 4, 2006						McGREGOR W. SCOTT
							United States Attorney


							By: /s/ Phillip A. Talbert
							    PHILLIP A. TALBERT
							    Assistant U.S. Attorney




							ORDER

**IT IS SO ORDERED.**

Dated: June 6, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE