```
 1  LORIE J. TEICHERT
    Attorney at Law
 2  California State Bar No. 142271
    1322 F Street
 3  Sacramento, CA  95814
    Telephone:  (916) 441-4410
 4  Facsimile:  (916) 441-4202

 5  Attorney for Defendant
    HECTOR MANRIQUEZ
 6

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )   No. 2:05-cr-0227-MCE
                                 )
12           Plaintiff,          )
                                 )
13      v.                       )   STIPULATION AND [PROPOSED]
                                 )   ORDER
14  HECTOR MANRIQUEZ,            )
                                 )
15           Defendant.          )
    _____)
16

17      IT IS HEREBY stipulated between the parties, Plaintiff

18  United States of America, by and through United States Attorney

19  McGregor W. Scott and Assistant United States Attorney Phillip A.

20  Talbert, and Defendant, Hector Manriquez, through his attorney,

21  Lorie J. Teichert, that the previously set Status Conference of

22  June 20, 2006 be continued to July 18, 2006 at 8:30 a.m.

23      It is further stipulated and agreed between the parties that

24  the period from June 20, 2006 to and including July 18, 2006

25  should be excluded in computing the time within which the trial

26  of the above criminal prosecution must commence for purposes of

27  the Speedy Trial Act for the purpose of further investigation and

28  securing documents regarding the background of the defendant,
```

1

research and consultation relating to potential immigration consequences, and further settlement discussions.

At present, the defense is completing investigation relating to defendant's background, work and residence history, and activities during the relevant time period in this case. The defense is awaiting receipt of certain final documents in this regard. In addition, the defense has been in consultation with an immigration attorney to properly advise defendant of the potential immigration consequences of alternative resolutions of this matter. The remaining records will enable the immigration attorney to complete her analysis. Finally, on May 31, 2006, the defense received a written communication from Government regarding the possible resolution of the case. Since that time, the defense has met with the Government and wishes to continue settlement discussions with the Government. All parties stipulate and agree that the exclusion of time from June 20, 2006 to and including July 18, 2006 is an appropriate exclusion of time within the meaning of Title 18, United States Code, section 3161(h)(8)(B)(iv), and Local Code T4.

Dated: June 19, 2006          Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Lorie J. Teichert
　　　　　　　　　　　　　　　　　　LORIE J. TEICHERT
　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　Hector Manriquez

///
///
///
///

2

```
Dated: June 19, 2006              McGREGOR W. SCOTT
                                  United States Attorney


                                  By: /s/ Phillip A. Talbert
                                      PHILLIP A. TALBERT
                                      Assistant U.S. Attorney



                                  ORDER
```

**IT IS SO ORDERED.**

Dated: June 23, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3