```
 1  LORIE J. TEICHERT
    Attorney at Law
 2  California State Bar No. 142271
    1322 F Street
 3  Sacramento, CA  95814
    Telephone:  (916) 441-4410
 4  Facsimile:  (916) 441-4202

 5  Attorney for Defendant
    HECTOR MANRIQUEZ
 6

 7

 8                IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,     )  No. 2:05-cr-227-MCE
                                  )
12           Plaintiff,           )
                                  )
13      v.                        )  STIPULATION AND ORDER
                                  )
14  HECTOR MANRIQUEZ,             )
                                  )
15           Defendant.           )
    _____)
16

17       IT IS HEREBY stipulated between the parties, Plaintiff
18  United States of America, by and through United States Attorney
19  McGregor W. Scott and Assistant United States Attorney Phillip A.
20  Talbert, and Defendant, Hector Manriquez, through his attorney,
21  Lorie J. Teichert, that the previously set Status Conference of
22  July 18, 2006 be continued to September 12, 2006 at 8:30 a.m.
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///
```

1

1 It is further stipulated and agreed between the parties that
2 the period from July 18, 2006 to and including September 12, 2006
3 should be excluded in computing the time within which the trial
4 of the above criminal prosecution must commence for purposes of
5 the Speedy Trial Act for the purpose of securing documents
6 regarding the background of the defendant, further research
7 relating to potential immigration consequences, evaluation of a
8 possible plea disposition, and further settlement discussions.
9 At present, the defense is awaiting certain documents
10 relating to defendant's background and immigration history.
11 These records are necessary for the defense to complete its
12 research and properly advise the defendant regarding the possible
13 immigration consequences of alternative resolutions of this
14 matter.  In addition, the Government and defense have been in
15 communication regarding the possible resolution of the case.  The
16 defense wishes to continue these settlement discussions with the
17 Government.  All parties stipulate and agree that the exclusion
18 of time from July 18, 2006 to and including September 12, 2006 is
19 an appropriate exclusion of time within the meaning of Title 18,
20 United States Code, section 3161(h)(8)(B)(iv), and Local Code T4.
21 Dated: July 17, 2006            Respectfully submitted,
22
                                    /s/ Lorie J. Teichert
23                                LORIE J. TEICHERT
                                  Attorney for Defendant
24                                Hector Manriquez
25 ///
26 ///
27 ///
28 ///

1  Dated: July 17, 2006                McGREGOR W. SCOTT
2                                      United States Attorney

3                                      By: /s/ Phillip A. Talbert
                                           PHILLIP A. TALBERT
4                                          Assistant U.S. Attorney

5

6                                      ORDER

7       **IT IS SO ORDERED.**

8  DATED: July 17, 2006

9

10

11                                     _____
                                       MORRISON C. ENGLAND, JR
12                                     UNITED STATES DISTRICT JUDGE

3