```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  PHILLIP A. TALBERT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2789
 5
 6
 7               IN THE UNITED STATES DISTRICT COURT
 8              FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
    UNITED STATES OF AMERICA,   )
10                              )    No. 2:05-cr-00227-MCE
              Plaintiff,        )
11                              )
         v.                     )
12                              )    STIPULATION AND ORDER
    BENITO TOPETE,              )
13                              )
              Defendant.        )
14  _____)
```

15      It is hereby stipulated between the parties, Plaintiff United
16 States of America, by and through United States Attorney McGregor W.
17 Scott and Assistant United States Attorney Phillip A. Talbert, and
18 Defendant Benito Topete, through his attorney Dan Koukol, as
19 follows:
20      It is agreed that the current Status Conference date of January
21 24, 2008, be vacated and a new Status Conference date of February
22 28, 2008 at 9:00 a.m. be set.
23      The continuance of the status conference is necessary because
24 the government has produced in discovery approximately 50-100 pages
25 of law enforcement reports and audio and video recordings relating
26 to the defendant, and the defendant's attorney needs additional time
27 to review this discovery, discuss it with the defendant, and discuss
28 the case with government counsel.

1

  Accordingly, the parties jointly request a new status conference date of February 28, 2008, and that the time period from January 24, 2008, to and including February 28, 2008 be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for defense preparation and based on a finding by the Court that the ends of justice served by granting a continuance outweigh the best interest of the public and defendant in a speedy trial.

Respectfully submitted,

Dated: January 22, 2008        /s/Dan Koukol
                               DAN KOUKOL, ESQ.
                               Attorney for Defendant
                               BENITO TOPETE
                          By PAT per telephone authorization

                               McGREGOR W. SCOTT
                               United States Attorney

Dated: January 22, 2008        /s/Phillip A. Talbert
                               PHILLIP A. TALBERT
                               Assistant U.S. Attorney
                               Attorney for Plaintiff

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

 Dated: January 25, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE